United States District Court
Eastern District of Arkansas
Pine Bluff Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 21 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Gregory Holt, #129616
    Plaintiff

vs.

Civil Action No.
5:11-CV-00164-BSM-JVV

Ray Hobbs, et al.,
    Defendants

## Motion For Leave To Amend

Comes now the Plaintiff, pro se, and for his Motion states the following:

(1) Plaintiff's suit currently has two (2) Defendants, Ray Hobbs and Gaylon Lay.

(2) Based on recent events regarding matters pertinent to this case, Plaintiff seeks to amend his suit to include the following Defendants:

   [A] Captain D.W. Tate, in his official capacity as Segregation Captain at the Cummins Unit

   [B] Major V.R. Robertson, in his official capacity as Major at the Cummins Unit

   [C] Sgt. M. Richardson, in his official capacity as Sergeant at the

Cummins Unit

(3) Plaintiff also seeks to add the following to the suit as Plaintiffs;
[A] the statement after Gregory Holt to include "on behalf of himself and all others similiarly situated;"

(4) Plaintiff would also seek to add Larry May, in his official capacity as Chief Deputy Director of the Arkansas Department of Correction as a Defendant.

Wherefore, premises considered, Plaintiff prays that this Court grants his Motion.

Respectfully,
Gregory Holt
Gregory Holt #129616
Cummins Unit
P.O. Box 500
Grady, AR 71644-0500