## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**GREGORY HOLT (Abdul Maalik Muhammad)**
**ADC #129616**                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 5:11CV00164 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction, et al.**                          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice

and the relief sought is denied.

Dated this 23rd day of March 2012.

_____
UNITED STATES DISTRICT JUDGE