**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GREGORY HOLT, a/k/a**                                            **PLAINTIFF**
**ABDUL MAALIK MUHAMMAD**

**v.**                 **CASE NO. 5:11CV00164 BSM**

**RAY HOBBS, et al.**                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of June 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE